UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,          :
                          Plaintiff,   :
                                                               :           17 Cr. 610 (LGS)
                 -against-                :
                                                                 :               ORDER
ANDRE COFIELD,                             :
                                        Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255 (Dkt. No. 600);

WHEREAS, Defendant filed a direct appeal on October 26, 2019, which is pending in the Second Circuit. *See United States v. Davis* (*Cofield*), No. 19-3776 (2d Cir.); it is hereby

**ORDERED** that, Defendant's § 2255 motion is DENIED without prejudice to refile after a decision is issued by the Second Circuit in Defendant's pending case.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated: February 9, 2021
        New York, New York

                                             LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**