

**Andrew M. J. Bernstein, Esq.,** *Partner*,
*Chair* – White Collar Defense & Investigations Practice
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law | www.srf.law

August 14, 2021

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The September 27, 2021, 11:00 a.m. resentencing hearing shall take place over Zoom. So ordered.
>
> Dated: August 16, 2021
> New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  **USA v. Andre Cofield, 17-CR-610 (LGS)**

Dear Judge Schofield,

In accordance with the Court's August 5, 2021 order I write on behalf of both parties to provide a status update to the above captioned matter.

On August 5, 2021, I was appointed as CJA counsel to represent Andre Cofield for the limited purpose of conferring with Mr. Cofield in connection with his resentencing and coordinating his production for the resentencing hearing. I have since conferred with Mr. Cofield over the phone and via email. I have explained to him his right to be physically present at his resentencing hearing with counsel who is physically present with him. Further, I explained that he can waive that right and choose to proceed via video conferencing. Based on our conversations, it is my belief that Mr. Cofield fully understands his rights and is able to make an informed decision. Accordingly, Mr. Cofield has chosen to waive his right to be physically present at his currently scheduled September 27, 2021, 11:00 a.m. resentencing hearing. He also consents to his counsel appearing remotely as well. The government also consents to conducting the resentencing hearing remotely.

Through the assistance of the government, I have ascertained that Mr. Cofield's Bureau of Prison's facility, FCI Schuylkill, does have the ability for Mr. Cofield to appear via video conferencing. FCI Schuylkill has video conferencing equipment that is compatible with the devices located in SDNY Courtrooms 1, 2, and 3 and it also has the ability to provide Zoom or Webex access to Mr. Cofield. For technical reasons, FCI Schuylkill would need to be the party that provides the Zoom or Webex links. The parties will defer to the Court as to which video conferencing option to select. We kindly ask the Court to inform us of its preferred method of video conferencing as soon as practicable.

If the Court has any further questions, please feel free to contact my office or the government.

Thank you.

Respectfully Submitted,

Sichenzia Ross Ference LLP

                                                          Andrew M. J. Bernstein
                                                          Partner
                                                          SICHENZIA ROSS FERENCE LLP
                                                          *Counsel for Andre Cofield*