UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE COFIELD,

                              Movant,

                    -against-

UNITED STATES OF AMERICA,

                              Respondent.

21-CV-6585 (LGS)

17-CR-0610 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the August 6, 2021, Order directed the U.S. Attorney's Office to file an answer or other pleadings in response to Movant's motion brought under 28 U.S.C. § 2255 within sixty days of the Order.

WHEREAS, no such response was filed.  It is hereby

**ORDERED** that the U.S. Attorney's Office shall file a response by **November 23, 2021**. It is further

**ORDERED** that, by **December 14, 2021**, Movant shall file a reply.  Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, who is proceeding pro se.

Dated:   November 10, 2021
         New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**