

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application **DENIED** as moot.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 674 in 17 Crim. 610.

Dated:  November 24, 2021
        New York, New York

> Re:    ***United States v. Andre Cofield*,**
>         **17 Cr. 610 (LGS)**
>         ~~**20 Civ. 8688 (LGS)**~~
>         21 Civ. 6585

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government respectfully writes to request until November 28, 2021 to file its opposition to the petition filed by Andre Cofield seeking relief under 28 U.S.C. § 2255.  The Government is in receipt of the Court's order, dated November 10, 2021, requiring the Government to file its opposition by November 23, 2021.  (Dkt. 673).  The undersigned attorney for the Government has been preparing for a trial before the Honorable Analisa Torres, which is scheduled to begin on December 8, 2021.  Trial preparations have made it difficult to finalize the Government's opposition by the existing deadline.  The Government therefore respectfully requests a brief extension until November 28, 2021, to submit its opposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
    Alexandra Rothman
    Assistant United States Attorney
    (212) 637-2580

cc: Andre Cofield (By U.S. Mail)